```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
           FILED

       OCT 0 6 2006

   JOHN F. CORCORAN, CLERK
   BY:
           DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANGELA GUERRANT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:06CV00588 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| B. WHEELER, <u>et al.</u>, | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1); and

2. The plaintiff's motion to proceed <u>in forma pauperis</u> shall be and hereby is **DISMISSED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 5th day of October, 2006.

_____
United States District Judge